**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TAMMY PASTOR, § | |
| Plaintiff, § | |
| v. § | |
| § | No. 1:21-CV-360-LY |
| DAN WILLIAMS COMPANY, and § | |
| DAN WILLIAMS., § | |
| Defendants. § | |

## NOTICE AND REPORT

This case was referred by United States District Judge Lee Yeakel to the undersigned for mediation. Dkt. #15.

On June 22, 2022, the Court and parties met at the U.S. Courthouse for the purpose of mediation. The parties negotiated in good faith. As a result, the parties were able to reach a confidential and mutually agreeable settlement of this matter.

The parties expressed a willingness to formalize that settlement expeditiously, no later than 30 days from today's date.

SIGNED June 22, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE