IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TAMMY PASTOR, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| DAN WILLIAMS COMPANY AND | § | CAUSE NO. A:21-CV-00360-LY |
| DAN WILLIAMS, | § | |
|     DEFENDANTS. | § | |

**ORDER**

Before the court in the above styled and numbered cause is the Notice and Report following a mediation conducted by the United States Magistrate Judge filed June 22, 2022 (Doc. #19). The notice informs the court that the parties negotiated in good faith and reached a confidential and mutually agreeable settlement of the disputes raised in this action. The parties expressed a willingness to formalize their settlement within 30 days. Having considered the report, case file, and applicable law, the court will allow the parties a period of time to finalize their settlement and file papers dismissing this action.

**IT IS ORDERED** that the parties file dismissal papers on or before Friday, August 12, 2022.

SIGNED this _24th_ day of June, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE